1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| BYRON CHAPMAN, | ) Case No.: 1:15-cv-01328 --- JLT |
|---|---|
| Plaintiff, | ) |
|  | ) ORDER TO PLAINTIFF TO SHOW CAUSE |
| v. | ) WHY THE MATTER SHOULD NOT BE |
|  | ) DISMISSED DUE TO HIS FAILURE TO |
| SUBWAY SANDWICHES AND SALADS #2016900, et al., | ) PROSECUTE THE ACTION AND TO OBEY A |
|  | ) COURT ORDER |
| Defendants. | ) |

On August 31, 2015, Plaintiff initiated this action in which he claims that Defendants' premises failed to provide access to him given his physical disability. (Doc. 1) The Court issued the summonses on the same day. (Doc. 3) On October 26, 2015, Plaintiff filed proof that he served the summons and complaint on Defendant, Ajmer-Kuldip Bhogal, Inc on September 24, 2015 (Doc. 4) but he has failed to file proof of service as to the remaining defendants. Moreover, despite the fact that Ajmer-Kuldip Bhogal, Inc. was required to file its responsive pleading no later than October 15, 2015, Plaintiff has not sought entry of default.

Notably, on August 31, 2015, the Court issued its Order Setting Mandatory Scheduling Conference. (Doc. 8) In it, the Court ordered,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred

1

to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 8 at 1-2)  The order warns, "**SHOULD COUNSEL OR A PARTY APPEARING PRO SE . . . FAIL TO COMPLY WITH THE DIRECTIONS AS SET FORTH ABOVE, AN EX PARTE HEARING MAY BE HELD AND JUDGMENT OF DISMISSAL, DEFAULT, OR OTHER APPROPRIATE JUDGMENT MAY BE ENTERED, OR SANCTIONS, INCLUDING CONTEMPT OF COURT, MAY BE IMPOSED AND/OR ORDERED**."

Therefore, the Court **ORDERS**:

1. No later than December 15, 2015, Plaintiff **SHALL** show cause in writing why the matter should not be dismissed due to his failure to prosecute it.  Alternatively, by December 15, 2015, Plaintiff may file proofs of service of the summonses and complaint on the remaining defendants and seek default against Defendant, Ajmer-Kuldip Bhogal, Inc, or explain why he does not believe doing so is appropriate at this time;

2. The status conference re: consent/initial scheduling conference is continued to **January 28, 2016** at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **December 1, 2015**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

2