UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>SUBWAY SANDWICHES AND SALADS #2016900, et al.,<br><br>            Defendants. | Case No.: 1:15-cv-01328 --- JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 5) |

On August 31, 2015, Plaintiff initiated this action in which he claims that Defendants' premises failed to provide access to him given his physical disability. (Doc. 1)  The Court issued the summonses on the same day. (Doc. 3)  On October 26, 2015, Plaintiff filed proof that he served the summons and complaint on Defendant, Ajmer-Kuldip Bhogal, Inc on September 24, 2015 (Doc. 4) but he has failed to file proof of service as to the remaining defendants.  Moreover, despite the fact that Ajmer-Kuldip Bhogal, Inc. was required to file its responsive pleading no later than October 15, 2015, Plaintiff had not sought entry of default. Thus, on December 2, 2015, the Court ordered Plaintiff to show cause why the matter should not be dismissed due to his failure to prosecute the action and to obey court orders. (Doc. 5)  However, later in the day, after the Court issued this order, Defendant filed his answer. (Doc. 6)

In addition, Plaintiff explains that he has attempted to serve Defendant, Kun Ho Lee, but he has moved. (Doc. 7)  Though Plaintiff's process server has been in contact with Lee, his exact

whereabouts are not known. Id.  However, Plaintiff is committed to discovering his location as soon as possible.

Therefore, the Court **ORDERS**:

1. Plaintiff SHALL make all efforts to locate and serve Defendant Lee as quickly as possible. No later than January 8, 2016, Plaintiff SHALL file a status report detailing his efforts to locate and serve Lee.

2. The order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **December 14, 2015**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE