UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>SUBWAY SANDWICHES AND SALADS #2016900, et al.,<br><br>      Defendants. | Case No.: 1:15-cv-01328 --- JLT<br><br>ORDER GRANTING EX PARTE REQUEST FOR SERVICE VIA PUBLICATION<br><br>(Doc. 10) |

Upon consideration of the filings and evidence of plaintiff's application and declaration for this order, and it satisfactorily appearing that Defendant Kun Ho Lee, hereinafter referred to as "Defendant Lee," cannot with reasonable diligence be served in any other manner specified in Sections 415.10 through 415.40 of the Code of Civil Procedure, and that Defendant Lee is a necessary party to this action, the Court **ORDERS**:

1. Plaintiff **SHALL** serve the summons by publication in the Torrance Trubune, a community newspaper of general circulation published in City of Torrance, California, hereby designated as a newspaper most likely to give Defendant Lee actual notice of the action, and that the publication be made once a week for four successive weeks;

2. Plaintiff's deadline to serve Defendant Lee is extended eight weeks from the date of entry of this Order;

1

3.     Plaintiff **SHALL** immediately mail a copy of the summons, the complaint, and this order to Defendant Lee at P.O. Box 14497, Torrance, CA 90503;

4.     As soon as possible, Plaintiff **SHALL** provide a courtesy a copy of the summons, the complaint, and this order to the attorney, John Hill, who purports to represent Mr. Lee (Doc. 10-1 at 2).

IT IS SO ORDERED.

Dated:   **January 11, 2016**           /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE