# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>AJMER-KULDIP BHOGAL, INC., et al.,<br><br>        Defendants. | Case No.: 1:15-cv-01328 JLT<br><br>ORDER CORRECTING THE COMPLAINT TO DISMISS SUBWAY SANDWICHES AND SALADS #20169-0<br><br>ORDER REFERRING THE MATTER TO VDRP |

On April 27, 2016, the Court held the scheduling conference. At the conference, counsel clarified that Subway Sandwiches and Salads #20169-0 is the dba for defendant, Ajmer-Kuldip Bhogal, Inc. and counsel all agreed it should not be named as a separate legal entity. Thus, Subway Sandwiches and Salads #20169-0[1] is **DISMISSED**.

In addition, the parties have agreed to have the matter referred to the Court's Voluntary Dispute Resolution Program before beginning discovery. Therefore, the Court **ORDERS**:

1. The matter is referred to the Voluntary Dispute Resolution Program;

///

///

///

---

[1] This does not impact the matter as to Ajmer-Kuldip Bhogal, Inc. doing business as Subway Sandwiches and Salads #20169-0.

2. All case dates—except for the requirement that the parties exchange their Rule 26 initial disclosures by May 3, 2016—are **VACATED** and the scheduling conference will be set if it becomes necessary.

IT IS SO ORDERED.

Dated: **April 27, 2016**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE