# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, <br><br> Plaintiff, <br><br> v. <br><br> AJMER-KULDIP BHOGAL, INC., et al., <br><br> Defendants. | Case No.: 1:15-cv-01328 JLT <br><br> ORDER AFTER SETTLEMENT |

The parties engaged in the Court's VDRP and were able to resolve the matter.  Thus, the Court **ORDERS**:

 1. The stipulation to dismiss the action **SHALL** be filed no later than **October 28, 2016**;

 2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

 Dated:   **October 7, 2016**                          /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE