1  THOMAS E. FRANKOVICH (S.B.N. 074414)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  702 Mangrove Avenue, #304
   Chico, CA 95926
4  Telephone:    (415) 444-5800
5  Facsimile:    (415) 674-9900
   Email:        tfrankovich@disabilitieslaw.com
6
7  Attorney for Plaintiff
   BYRON CHAPMAN

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. 1:15-cv-01328-JLT |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| AJMER-KULDIP BHOGAL, INC., *et al.*, | (Doc. 33) |
| Defendants. | |

   The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

   IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

                                                  Respectfully Submitted,

Dated: October 31, 2016        THOMAS E. FRANKOVICH, APLC
                                            ***A PROFESSIONAL LAW CORPORATION***

                                            By: /s/ Thomas E. Frankovich
                                            Thomas E. Frankovich
                                            Attorney for Plaintiff

Dated: November 2, 2016      LAW OFFICES OF CHRISTIAN B. GREEN

                                            By: /s/ John T. Hill
                                            John T. Hill
                                            Attorney for Defendants

## **ORDER**

Based upon the stipulation which relies upon Fed.R.Civ.P.41(a)(2), the Clerk of the Court is DIRECTED to CLOSE this case.

The Court retains jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

IT IS SO ORDERED.

   Dated: **November 3, 2016**                **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE